# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.                              Case No. 6:21-cr-138-Orl-ACC-EJK

**JAMES ADAMCZYK, et al.**

    **Defendant.**

_____/

## NOTICE OF LIMITED APPEARANCE
## FOR DEFENDANT, JAMES ADAMCZYK

TO:    THE HONORABLE COURT:

COME NOW the undersigned attorneys, **VICTOR L. CHAPMAN, ESQUIRE and CARLOS A. PEREZ-IRIZARRY, ESQUIRE**, and state that we are admitted or otherwise authorized to practice in this Court and hereby enter our Limited Notice of Appearance for purposes of initial appearance, bond hearing, and arraignment for **Defendant, JAMES ADAMCZYK**, in this matter.

DATED this 15th day of November, 2021.

Respectfully submitted,

BARRETT, CHAPMAN & RUTA, P.A.
18 Wall Street
Orlando, FL  32801
Tel.: (407) 839-6227
Fax:  (407) 648-1190
Email:  bcrservice@bcrlaw.net (Primary)
Email:  victor@bcrlaw.net (Primary)
Email:  shannon@bcrlaw.net (Secondary)
*Attorneys for Defendant Adamczyk*

By: **/s/ Victor L. Chapman**
Victor L. Chapman
Florida Bar #0407429

and

CARLOS A. PEREZ-IRIZARRY, P.A.
37 N. Orange Ave., Suite 500
Orlando, FL 32801
Tel: (407) 210-2400
Email: carlos@capilawpa.com
*Attorneys for Defendant Adamczyk*

By: **/s/ Carlos A. Perez-Irizarry**
Carlos A. Perez-Irizarry
Florida Bar #861251

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

By: **/s/ Victor L. Chapman**
Victor L. Chapman
Florida Bar #0407429