AO 442 (Rev.11/11) Arrest Warrant

FID# 11355284

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 6:21-cr-138-ORL-ACC-EJK |
| JAMES P. ADAMCZYK | ) SEALED |
| | ) |
| Defendant | |

FILED
2021 NOV 15 PM 2:29
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

RECEIVED
U.S. MARSHAL
2021 NOV 12 PM
MIDDLE FLORIDA
ORLANDO

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   JAMES P. ADAMCZYK

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349.
Wire fraud, in violation of 18 U.S.C. § 1343.
Illegal monetary transactions, in violation of 18 U.S.C. § 1957.

Date:   11/12/2021

_____
Issuing officer's signature

City and state:   Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court
*Printed name and title*

### Return

This warrant was received on (date) 11/12/2021, and the person was arrested on (date) 11/15/2021

at (city and state) Orlando, FL.

Date: 11/15/2021

_____
Arresting officer's signature

Alex Duda
*Printed name and title*