| CJA-23 (Rev 3/21) | | |
|---|---|---|

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify Below)*

IN THE CASE OF **USA** v. **James P. Adamczyk**

FOR: 
AT: 
LOCATION NUMBER: 

PERSON REPRESENTED *(Show your full name)*: **JAMES P. ADAMCZYK**

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other *(Specify)*

DOCKET NUMBERS:
- Magistrate Judge:
- District Court:
- Court of Appeals:

CHARGE/OFFENSE *(Describe if applicable & check box→)*: **Conspiracy to Commit Wire Fraud And Wire Fraud** ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
- Do you have a job? ☐ Yes ☒ No — *I get $1,400 per month in social security disability benefits.*
- IF YES, how much do you earn per month? ___
- Will you still have a job after this arrest? ☐ Yes ☒ No ☐ Unknown

**PROPERTY** — Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $0 | 0 |
| Car/Truck/Vehicle | $22,000 / 6,000 | Lincoln MKZ 0 / Nissan Armada 0 — son's car |
| Boat | $0 | 0 |
| Stocks/bonds | $1,000 | IDrive Media Group 35,000 |
| Other property | Lawsuit claim | UNKNOWN |

**CASH & BANK ACCOUNTS**
- Do you have any cash, or money in savings or checking accounts? ☒ Yes ☐ No
- IF YES, give the total approximate amount after monthly expenses $12,000 (Savings)

### OBLIGATIONS, EXPENSES, & DEBTS

How many people do you financially support? **Myself**

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $700 | $700 |
| Groceries | $250 | $250 |
| Medical expenses | $50,000 (medicare covers most) | $1,000 (my required payment) |
| Utilities | $150 | $150 |
| Credit cards | $0 | $0 |
| Car/Truck/Vehicle | $0 | $0 |
| Childcare | $0 | $0 |
| Child support | $0 | $0 |
| Insurance | $300 | $300 |
| Loans | $175.00 | $35,000 |
| Fines | $0 | $0 |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ James P. Adamczyk* — SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION)

Date: 11/17/21