# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:21-cr-138-ACC-EJK**

**JAMES P. ADAMCZYK**

## ORDER APPOINTING
## CRIMINAL JUSTICE ACT COUNSEL

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that **A. Brian Phillips** is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on November 19, 2021.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States District Judge
Counsel for Defendant