UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:21-cr-138-ACC-EJK

KEITH INGERSOLL
JAMES P. ADAMCZYK

**NOTICE OF RELATED ACTION**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ IS related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

6:21-mj-1865
6:21-mj-1866
6:21-mj-1867
6:21-mj-1868
6:21-mj-1869
6:21-mj-1870
6:21-mj-1871
6:21-mj-1872
6:21-mj-1939
6:21-mj-1940
6:21-mj-1941

☐ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

Dated:   November 30, 2021

                              Respectfully submitted,

                              KARIN HOPPMANN
                              Acting United States Attorney

By:   */s/ Roger B. Handberg*
      ROGER B. HANDBERG
      Assistant United States Attorney
      Florida Bar No. 0241570
      400 W. Washington Street, Suite 3100
      Orlando, Florida   32801
      Telephone:   (407) 648-7500
      Facsimile:    (407) 648-7643
      E-mail:         Roger.Handberg@usdoj.gov

U.S. v. KEITH INGERSOLL, ET AL.        Case No. 6:21-cr-138-ACC-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

A. Brian Phillips, Esquire, counsel for James P. Adamczyk

/s/ Roger B. Handberg
ROGER B. HANDBERG
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida  32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:       Roger.Handberg@usdoj.gov