UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:21-cr-138-ACC-EJK

KEITH INGERSOLL
JAMES P. ADAMCZYK

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   James P. Adamczyk, defendant

   Amanda S. Daniels, Assistant United States Attorney

   Alexander Duda, Special Agent, Federal Bureau of Investigation

   Federal Bureau of Investigation, Investigative Agency

   Nevada Gump, Special Agent, United States Secret Service

   Roger B. Handberg, Assistant United States Attorney

   Jennifer M. Harrington, Assistant United States Attorney

   Karin Hoppmann, Acting United States Attorney

   Keith Ingersoll, defendant

        A. Brian Phillips, Esquire, counsel for James P. Adamczyk

        United States Secret Service, Investigative Agency

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:   None

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:   None

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

        Victims as identified in Paragraph 3 of the Indictment.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date:   November 30, 2021

                              Respectfully submitted,

                              KARIN HOPPMANN
                              Acting United States Attorney

By:   */s/ Roger B. Handberg*
       ROGER B. HANDBERG
       Assistant United States Attorney
       Florida Bar No. 0241570
       400 W. Washington Street, Suite 3100
       Orlando, Florida   32801
       Telephone:   (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail:   Roger.Handberg@usdoj.gov

U.S. v. KEITH INGERSOLL, ET AL.          Case No. 6:21-cr-138-ACC-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

A. Brian Phillips, Esquire, counsel for James P. Adamczyk

                /s/ Roger B. Handberg
                ROGER B. HANDBERG
                Assistant United States Attorney
                Florida Bar No. 0241570
                400 W. Washington Street, Suite 3100
                Orlando, Florida   32801
                Telephone:   (407) 648-7500
                Facsimile:    (407) 648-7643
                E-mail:        Roger.Handberg@usdoj.gov