# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:21-cr-000138-ACC-EJK |
| ) | |
| JAMES ADAMCZYK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## SUGGESTION OF DEATH AND MOTION TO DISMISS INDICTMENT AS TO JAMES ADAMCZYK

COMES NOW the undersigned, on behalf of the former Defendant, James Adamczyk, and hereby submits that Mr. Adamczyk passed from life on the 16th of October, 2022 and, consequently, moves this Court to dismiss the pending indictment as to Mr. Adamczyk. See United States v. Logal, 106 F.3d 1547, 1552 (11th Cir. 1997); United States v. Estate of Parsons, 367 F.3d 409 (5th Cir. 2004)

*~The remainder of this page has been left intentionally blank~*

(en banc) (holding that the death of a criminal defendant during an appeal of a criminal conviction "abates, *ab initio*, the entire criminal proceeding" and citing United States v. Asset, 990 F. 2d 208, 210 (5th Cir. 1993)).

Respectfully submitted this 18th day of October, 2022.

        s/A. Brian Phillips
        **A. BRIAN PHILLIPS, ESQ.**
        Fla. Bar No. 0067113
        **A. BRIAN PHILLIPS, P.A.**
        912 Highland Avenue
        Orlando, Florida 32803
        Telephone:  (407) 872-0777
        Telecopier:  (407) 872-0704
        Email: Brian.Phillips@Phillips-Law-Firm.com
        Counsel for Defendant, James Adamczyk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th of October, 2022, I filed a copy of the foregoing with the Clerk of the Court via the CM/ECF system. I further certify that all parties to this case are equipped to receive service of documents via that system.

                          s/A. Brian Phillips
                          **A. BRIAN PHILLIPS, ESQ.**
                          Fla. Bar No. 0067113
                          **A. BRIAN PHILLIPS, P.A.**
                          912 Highland Avenue
                          Orlando, Florida 32803
                          Telephone: (407) 872-0777
                          Telecopier: (407) 872-0704
                          Email: Brian.Phillips@Phillips-Law-Firm.com
                          Counsel for Defendant, James Adamczyk