## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:21-cr-138-GAP-EJK**

**JAMES P. ADAMCZYK**

_____

### ORDER

This cause is before the Court on the Suggestion of Death and Motion to Dismiss Indictment as to James Adamczyk (Doc. 71), filed by counsel for Defendant on October 18, 2022.   The motion is unopposed (Doc. 83).   Upon consideration, it is

**ORDERED** that the motion is **GRANTED**.   The Indictment as to James Adamczyk (Doc. 1) is hereby **DISMISSED**.   The Clerk is directed to close the case as to Defendant James P. Adamczyk.

**DONE** and **ORDERED** in Orlando, Florida on October 27, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant